UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 14-1193

David Zink, et al.

Herbert Smulls

Appellant

William L. Rousan, et al.

v.

George A. Lombardi, et al.

Appellees

No: 14-1200

David Zink, et al.

Herbert Smulls

Appellant

William L. Rousan, et al.

v.

George A. Lombardi, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:12-cv-04209-BP)
(2:12-cv-04209-BP)
_____

**ORDER**

Before Kermit E. Bye, Lavenski R. Smith, and Bobby E. Shepherd, Circuit Judges.

This matter comes before the Court on Appellant Smulls's motion for stay of execution. Having considered the motion and the appellees' response, it is hereby ordered that the motion for stay is granted in part. The stay will remain in effect pending the Supreme Court of the United States's ultimate decision on Smulls's currently pending petition for a writ of certiorari in Supreme Court Docket Number 13-8432 (13A783), <u>David S. Zink, et al. v. George A. Lombardi, et al.</u>

Judge Shepherd would deny the motion for stay.

January 28, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans