IN THE UNITED STATES COURT OF APPEALS FOR
THE EIGHTH CIRCUIT

| DAVID ZINK, | ) | |
| **(HERBERT SMULLS)**, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Nos. 14-1193 |
| | ) | 14-1200 |
| GEORGE A. LOMBARDI, et al., | ) | |
| | ) | |
| Appellees. | ) | |

## MOTION TO EXPEDITE RULING

Pending before the Court is Smulls's motion for stay of execution. Smulls filed his motion about 6:30 p.m. on January 28, 2014. The State filed its response about an hour later. The matter has been under submission before the Court since about 7:30 p.m. on January 28, 2014.

At the time of the filing of this motion to expedite (about 3:00 p.m. C.S.T.), a majority of the hours in the 24-hour execution warrant have passed. Indeed, only a few hours remain in the warrant. But this Court has not ruled on the motion before it. Under these circumstances, the Court should rule upon the motion before it without further delay.

This situation is even more egregious than that discussed by the Supreme Court in *Delo v. Stokes*, 495 U.S. 320 (1990). The *Delo* panel ruled during the morning of May 11, the execution day. *Id.* at 321. The *en banc* court failed to rule until the afternoon. *Id.* at 321. Justice Kennedy criticized

the court for its inability to rule on the motion to vacate a district court's stay "until mid-afternoon on Friday, May 11," mid-afternoon of the execution day. *Id*. at 322 (Kennedy, J. concurring). Justice Kennedy encouraged the Court of Appeals to develop procedures to allow it to act timely on emergency motions of this sort. *Id*. at 322. Justice Kennedy also noted the State's ability to seek redress from the Supreme Court under the All Writs Act when this Court is unable or unwilling to rule timely. *Id*. at 323 *citing* 28 U.S.C. §1615.

Appellees pray the Court expedite its ruling on the matter before it because it is "the duty of the court of appeals to adopt and follow procedures which ensure all parties expeditious determinations with respect to any request for a stay." *Id*. (Kennedy, J., concurring).

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

\s\Stephen D. Hawke

STEPHEN D. HAWKE
Assistant Attorney General
Missouri Bar No. 35242

P. O. Box 899
Jefferson City, MO 65102
(573) 751-3321
(573) 751-3825 fax
stephen.hawke@ago.mo.gov
Attorneys for Respondent

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system. I further certify that the participants in the case are CM/ECF users, this 29 day of January, 2014, to:

Counsel for Appellants

\s\Stephen D. Hawke

3